IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| NICHOLAS VASILIADES | : | No. 96-217-01 |

## ORDER

AND NOW, this 23rd day of August, 2022, upon consideration of Nicholas Vasiliades's *Pro Se* Motion for Early Termination of Supervised Release (Doc. No. 724) and the Government's Response in Opposition (Doc. No. 726), it is **ORDERED** that the Motion (Doc. No. 724) is **DENIED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE